**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brooklyn Rose Conrad, E.G.A. (a minor), and Natnael Belete Alemu,

Plaintiffs,

v.

Marco Rubio *in his official capacity as Secretary of State*, and United States Department of State,

Defendants.

Case No. 26-CV-02354 (JMB/EMB)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiffs Brooklyn Rose Conrad's, E.G.A.'s, and Natnael Belete Alemu's and Defendants Marco Rubio's and United States Department of State's Joint Stipulation for Dismissal. (Doc. No. 32.) Brooklyn Rose Conrad, E.G.A., and Natnael Belete Alemu wish to dismiss their Complaint (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 16, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court